# EXHIBIT 6





Spin Man
Est. 1967



Pizza Man
Est. 2003

# FOR THREE GENERATIONS, THE INN PLACE TO GO FOR GREAT PIZZA.

At Pizza Inn, our made-from-scratch pizza never goes out of style. Three varieties of crusts topped with only the freshest ingredients will have you coming back *inn* again and again.





Pizza Inn
2224 N. 14th Street
Ponca City, OK  74601
580-762-6383

Customer Receipt
11/03/20  4:18 PM    # 65
Terminal # 2  Drw # 1
------------------------
1 MEDIUM ITALI 10.99
1 MED NEW YORK 10.99

| SubT | 21.98 |
| Tax | 1.91 |

Total Due    23.89

Pd VISA/MV    23.89

\>\> Change    0.00

 

Spin Man
Est. 1967

Pizza Man
Est. 2003

# FOR THREE GENERATIONS, THE INN PLACE TO GO FOR GREAT PIZZA.

At Pizza Inn, our made-from-scratch pizza never goes out of style. Three varieties of crusts topped with only the freshest ingredients will have you coming back *inn* again and again.





```
Pizza Inn
2224 N. 14th Street
Ponca City, OK  74601
580-762-6383


Customer Receipt
11/03/20  4:18 PM    # 65
Terminal # 2  Drw # 1
------------------------
1 MEDIUM ITALI  10.99
1 MED NEW YORK  10.99

SubT              21.98
Tax                1.91
       -------
Total Due         23.89

Pd VISA/MV        23.89
       -------
>> Change          0.00
```